# AFFIDAVIT

COMES NOW, Special Agent (SA) Timothy Flohrschutz of the Federal Bureau of Investigation, being of lawful age and first duly sworn upon my oath, do depose and state as follows:

1. I am currently assigned to the Violent Crimes/Gang Squad within the Kansas City Division of the Federal Bureau of Investigation (FBI). I was previously assigned to the Violent Crimes Squad and Joint Terrorism Task Force within the Kansas City Division of the FBI. I have been a Special Agent with the FBI since February 22, 2015. Prior to joining the FBI, I was employed as a police officer and detective with the Bellevue Nebraska Police Department from October of 2006 to February of 2015. In addition to my own investigation, this affidavit also includes information furnished to me from detectives and officers of the Kansas City Missouri Police Department (KCPD), the Independence Police Department (IPD), and other law enforcement officials.

## Overview of Investigation and this Affidavit

2. Presently, I am working on a multi-agency investigation based in the Western District of Missouri regarding violations of federal law which includes Armed Robbery Affecting Interstate Commerce, in violation of Title 18, United States Code, Section 1951.

3. In summary, this affidavit will describe an investigation by several law enforcement agencies, including the Kansas City Missouri Police Department, North Kansas City Missouri Police Department, Independence Missouri Police Department, Blue Springs Missouri Police Department, and Federal Bureau of Investigation, into a string of robberies conducted by individuals using social media services, including Craigslist.org[1], Backpage.com[2], and Skout.com[3], to lure their victims.

---

[1] Craigslist.org is an Internet website which hosts online classified advertisements. There are sections devoted to jobs, housing, goods, services, and local activities, among several other categories of items for sale. Users can post goods or services for sale or browse the postings and ads of others. According to its website, Craigslist.org has over 50 billion page views per month, over 60 million people use Craigslist.org each month in the United States alone, and users post well over 80 million classified ads each month. Craigslist.org has more than 700 local sites in 70 countries.

[2] Backpage.com is an Internet website which hosts online classified advertisements. There are sections devoted to jobs, housing, goods, services, and local activities, among several other categories of items for sale. Users can post goods or services for sale or browse the postings and ads of others. Backpage.com is well known for its adult entertainment section which facilitates advertisements for prostitution and escort services.

[3] Skout.com is a location-based social networking and dating application and website. Users can access Skout.com from a cell phone or the Internet. The service identifies a user's location using global positioning equipment and shows other users which are located in their general vicinity. Skout.com also allows users to send instant messages to one another.

4.     As detailed below, this affidavit will describe how **RODNEY E. BROCK**, and others including Kenneth Sexson, Sage Harrison, Nicole Covey, and Devon Davis-Aumua, used social media services to post ads with Covey's and other women's photos to meet victims in person. Once Covey and others began communicating with the victims, they would agree to meet at a hotel or apartment. When a victim arrived at the agreed upon location, Covey and other women would excuse themselves to the restroom or walk away as other conspirators robbed the victims of money, phones, and other items.

5.     This complaint is related to the following criminal cases currently pending:

   a.     Criminal complaint 16-MJ-00113-REL, United States v. Kenneth Sexson, Sage Harrison, and Nicole Covey, signed by the Honorable John T. Maughmer, on June 8, 2016, which was replaced by the indictment returned on June 29, 2016, United States v. Kenneth Sexson, Sage Harrison and Nicole Covey, 16-CR-00210-01/03-DGK.

   b.     Criminal complaint 16-MJ-00186-REL, United States v. Devon Davis-Aumua, signed by the Honorable Robert E. Larsen, on October 11, 2016, which was replaced by the superseding indictment returned on November 1, 2016, United States v. Kenneth Sexson, Sage Harrison, Nicole Covey, Devon Davis-Aumua, Ray Mahurin, and Serina Campos, 16-CR-00210-01/06-DGK.

   c.     On May 2, 2017, defendant Sage Harrison pled guilty to multiple counts of that indictment, including Conspiracy to Commit Hobs Act Robberies.

   d.     On May 3, 2017, defendants Nicole Covey and Devon Davis-Aumua each also pled guilty to multiple counts of that indictment, including Conspiracy to Commit Hobs Act Robberies.

## Narrative of Investigation

### Robbery of Victim #1

6.     On October 8, 2015, at approximately 1:22 p.m., officers of the KCPD responded to the area of 115 NW Harlem Road, #203, Kansas City, Missouri regarding a report of an armed robbery. Victim #1 told officers he had contacted a female after viewing an ad on Craigslist.org with whom he corresponded by text message. After agreeing to meet, Victim #1 told officers he responded to the listed address where he met with the female, who let Victim #1 inside and walked to the bathroom. Three white males exited the bathroom and confronted Victim #1, telling him to empty his pockets. One man was armed with what appeared to be a Glock semi-automatic handgun and one man was armed with what appeared to be a black revolver. The men took Victim #1's cell phone and demanded the pass code, threatening him by cycling the slide of the pistol when he hesitated to initially comply. The men then used the pass code to disable the "find my phone" application. Two of the men left and searched Victim #1's vehicle while he remained in the room with the remaining man. One of the men then escorted Victim #1 to his

2

vehicle where they briefly drove around the building before Victim #1 was released. The man told him if he called the police they would kill him. Victim #1 told officers he was scared because they had photographed his driver's license. Victim #1 described the man with the revolver as a heavy white male with a lazy eye and tongue piercing.

### Robbery and Carjacking of Victim #2

7. On October 9, 2015, at approximately 7:16 a.m., officers of the KCPD responded to the area of I-670 and 71 Highway regarding an armed robbery which occurred previously at 115 NW Harlem Road, #203, Kansas City, Missouri. Officers interviewed Victim #2 briefly before he was taken to the hospital. Victim #2 stated he met a white female online through Backpage.com and agreed to meet with her at the listed address. He arrived and was greeted at the door by the female who had been pictured in the ad. Victim #2 stated that three men, all armed with handguns, pulled him into the room and threw him on the bed. The men demanded Victim #2's phone and money. Victim #2 stated that one man took Victim #2 to his vehicle and searched it. Afterwards, the man directed Victim #2 into the passenger seat and he drove off in the vehicle. While driving, the man demanded the title to the vehicle and threatened to shoot Victim #2. Victim #2 jumped from the moving vehicle on the highway in fear for his life. Victim #2's vehicle was described at a gray Chevrolet 1500 truck bearing Missouri license 1YF980.

### Further Investigation and Recovery of Victim #2's Vehicle

8. On October 9, 2015, at approximately 8:00 a.m., detectives from the KCPD responded to 115 NW Harlem Road, Kansas City, Missouri, and subsequently obtained a Missouri state search warrant for Room 203. The room was identified as having been rented by a female, later identified as Sexson's mother, D.N., on October 7, 2015. While executing the search warrant, detectives located a credit card in the name of the Victim #1, a blue HP laptop, a black RCA tablet, a black notebook, a pink notebook, and multiple other items of evidence to include multiple credit cards and gift cards.

9. On October 9, 2015, at approximately 11:49 a.m., D.N.'s vehicle was observed arriving at 115 NW Harlem Road. KCMOPD contacted the occupants who were identified as D.N. and her husband, F.N. Neither matched the descriptions provided by the victims of the robberies. D.N. was transported to KCMOPD for an interview. D.N. told officers she rented the room on October 7, 2015, for her son, Kenneth W. Sexson, because he doesn't get along with F.N. She stated her son was approximately 6'1" and weighed 289 pounds, had a crooked eye and had his tongue pierced. She stated that Sexson's girlfriend, Covey, would be staying with him, along with two others.

10. On October 10, 2015, at approximately 3:30 a.m., Independence Police Officers observed a suspicious male who appeared to be "prowling the lot" of the Quality Inn, 4200 S. Noland Road, Independence, Missouri. The male subject, later identified as Devon Davis-Aumua. Aumua was noncompliant and had to be taken into custody with the use of force. A Springfield .45 caliber handgun, serial number XS657613, was recovered from Aumua's front right pocket. The handgun had been reported as stolen out of Lafayette County, Missouri. Also

3

in his possession was an Altoids tin which contained a white crystallized substance similar in appearance to methamphetamine, a single Chevrolet vehicle key, and an Americas Best Value Inn key card.

11. A search of the Americas Best Value Inn parking lot led to the discovery of Victim #2's stolen truck, a gray Chevrolet Silverado. Independence Police checked the Chevrolet key located in Aumua's pocket with the vehicle. The key was found to unlock the door of Victim #2's truck.

12. Following his arrest, Aumua participated in a Post-*Miranda* interview at the Independence Police Department. Aumua said he was coming from the Americas Best Value Inn where he was staying with a friend. Aumua admitted to possessing the handgun. He admitted to being in possession of the Chevrolet key. He said he obtained the key from his friend's hotel room. He entered the truck, which he knew was stolen, and attempted to start the vehicle using the key but it wouldn't start because it was out of gas. Aumua stated the truck was taken in an armed carjacking in Kansas City, Missouri.

13. Using information provided by the victims of the robberies, detectives were able to locate several ads using similar photographs with what appeared to be the same female in the photographs, and similar offers and information.

## Additional Robberies

14. On October 15, 2015, at approximately 8:24 p.m., officers of the IPD responded to the Stoneybrook Apartments, 17013 East US 24 Highway, Independence, Missouri, regarding a report of an armed robbery. Victim #3 told officers he met a female who identified herself as "Alexis" on Skout.com and was using phone number (816) 724-2513[4]. "Alexis" arranged to meet with Victim #3 at the entrance to the Stoneybrook Apartments. Victim #3 arrived and observed the female pictured in the ad standing outside. There was also an unidentified male loitering in the area. Victim #3 approached the female who acknowledged him and then stated she had to take a call and walked away. The man then approached Victim #3, lifted his shirt to show a handgun in his waistband, and demanded Victim #3's wallet and cash. The man took Victim #3's wallet which included his debit card, driver's license, and a Target credit card. The man and the female left the area together on foot.

15. Officers determined that the Skout.com ad had been deleted but Victim #3 had several photographs on his phone of the female with whom he had met. Officers from the IPD recognized the female depicted in the photographs as Nicole Covey. Subsequently, Victim #3 also identified Nicole Covey as the female from a photo lineup.

16. On October 19, 2015, at approximately 6:45 p.m., officers of the North Kansas City Police Department (NKCPD) responded to the American Inn, 1211 Armour Road, Room #188, North Kansas City, Missouri, in regard to a report of an armed robbery. Victim #4 told officers he met a female who identified herself as "Aspen Grace" online through the website

---

[4]This is the same phone number described previously by the victim of Robbery #1.

4

Skout.com. Victim #4 was waiting in the room when he received a text message from "Grace" who stated they were arriving. She said she brought her brother and his girlfriend along for protection. Victim #4 answered the door and was greeted by "Grace." She walked inside and asked to use the bathroom. A male and another female (the "brother" and "girlfriend"), entered the room. As Victim #4 shut the door, the man produced a handgun, pointed it at him, and said "you know what time it is." Victim #4 attempted to flee the room and the man grabbed his shirt to stop him, but the shirt tore and he was able to break free. Victim #4 ran to the hotel lobby where he contacted the police. Victim #4 stated that in his haste to flee, he left his cellphone in the room. Victim #4 said that "Grace" had a short-haired small dog with her.

17. Victim #4 was later able to find the profile of "Aspen Grace" on Skout.com and show detectives. He said the photos in the profile were of the same woman who met him at the hotel room with the dog. Officers put out a message to other law enforcement officials in an attempt to identify "Aspen Grace." Kansas City Missouri Police Department responded and said that "Aspen Grace" appeared to be Nicole Covey, who had previously been involved in similar robberies. Officers noted that photographs in the Skout.com ads were the same as the Backpage.com ads.

18. On October 24, 2015, at approximately 1:29 a.m., officers of the IPD responded to 1528 W. College Terrace, Independence, Missouri, in regards to an armed robbery. Victim #5 told officers he met a female on Craiglist.org identified as "Monica" and arranged to spend the night with her. When Victim #5 arrived, he was greeted by the female who let him inside and told him to lock the door behind himself. After locking the door, Victim #5 was approached by two white males. One male was armed with a silver semi-automatic handgun and ordered Victim #5 to surrender his wallet and cell phone. The other male demanded all of Victim #5's money. Victim #5 turned over his phone but did not have his wallet or any money on his person. The two men forced Victim #5 to walk to his vehicle at gunpoint where they took his wallet which included $120.00. During the initial police response, Victim #5 identified the female through a photograph as Nicole Covey.

19. On October 24, 2015, at approximately 7:00 p.m., officers of the IPD responded to the Independence Tower Apartments, 728 N. Jennings Road, Apartment 911, Independence, Missouri, for a report of an armed robbery. Victim #6 told officers he responded to an ad on Craiglist.org and arranged to meet with a female who identified herself as "Monica." The female met Victim #6 in the lobby and escorted him to Apartment 911. They walked inside the apartment and she asked him to lock the door. As she walked down the hall, two white males exited a room and confronted Victim #6. One man was armed with a black and silver handgun with a laser sight which he pointed at Victim #6 and demanded he empty his pockets. The other man who was wearing a black bandana and a black ball cap with white lettering, collected Victim #6's property which included his wallet, approximately $200 cash, his cell phone, and a back pack. After they collected all of his property, Victim #6 was allowed to leave. He fled the apartment to a nearby gas station and contacted police.

20. On October 24, 2015, at approximately 7:20 p.m., while officers from the IPD were still conducting their investigation into the previous robbery, they were contacted by another male at 728 N. Jennings Road, Independence, Missouri. He told officers he had

5

responded to a Craigslist.com ad for a date with a woman identified as "Monica." He arrived but never made contact with her.

## Arrest of Covey and Harrison

21. On October 25, 2015, at approximately 11:15 p.m., officers from the IPD were conducting surveillance near 1528 W. College Terrace, Independence, Missouri. Officers observed multiple subjects outside the residence who they attempted to contact. One of the parties was identified as Sage Harrison. Harrison was determined to have an active warrant for his arrest through Jackson County, Missouri. During a search incident to arrest, Harrison was found to be in possession of Victim #6's wallet as well as Victim #6's cell phone. Harrison was also wearing a black ball cap with "KC" embroidered on the front in white lettering.

22. On October 29, 2015, at approximately 9:20 a.m., a Post-*Miranda* interview was conducted with Nicole Covey at IPD headquarters. Covey stated she began conducting armed robberies in approximately March or April of 2013 using social media websites to lure victims to the robbery location. Covey indicated she later engaged in the same activity with Sexson, Harrison, Davis-Aumua, **BROCK**, and others. Covey stated she would post ads which included photographs of herself and advertised that she was willing to meet men who were willing to pay money in exchange for sex or dates. Covey stated she would communicate with the men who responded by cell phone, text message, instant message, and/or e-mail. Covey explained she would most often rent hotel rooms to stage the robberies. Covey admitted to participating in one to two robberies a week over the course of several months.

23. Covey stated a series of robberies occurred at the Holiday Apartments, 115 NW Harlem Road, Kansas City, Missouri. Covey stated D.N. rented the room for her and Sexson for one week. Covey identified the other participants in the October 8, 2015, robbery as Sexson, **BROCK**, and Davis-Aumua. Victim #1 lost an unknown amount of money and property. Covey identified the participants in the October 9, 2015, robbery of Victim #2 as Sexson, **BROCK**, another male and another female. They used a post on Backpage.com which had been created by the other female. During this robbery, she stated **BROCK** stole the victim's vehicle, a late 2000's Chevrolet Silverado style truck.

## High Speed Pursuit and Arrest of BROCK with Firearm

24. On November 5, 2015, IPD dispatch notified officers that **BROCK** was a suspect in an aggravated assault and was last seen driving a Silver 2006 Chevy Monte Carlo that was possibly stolen and that he was likely armed with a .40 caliber Smith and Wesson. An officer located the suspect vehicle and ran the license plate. It was confirmed to be stolen out of Gladstone, Missouri. Officers attempted to stop the vehicle, but it began to actively flee at a high rate of speed and driving into opposite lanes of traffic to avoid stop sticks. After a lengthy pursuit into Kansas, the driver, later identified as **BROCK**, bailed from the vehicle and attempted to flee on foot. He entered a nearby body of water, and was later recovered from that body of water. Inside the stolen vehicle, officers discovered a .40 caliber Smith and Wesson semi-automatic handgun.

## Further Investigation

25. On December 18, 2015, SA Flohrschutz reviewed the notebooks seized on October 9, 2015, from 115 NW Harlem Road, Kansas City, Missouri pursuant to the KCMOPD search warrant (described previously). During Covey's previous interview, she had told detectives that she posted advertisements online using various providers soliciting prostitution and escort services. Covey also told detectives that after she and her co-conspirators identified a victim, they would conduct research regarding that person in an attempt to determine if they were associated with a law enforcement agency.

26. SA Flohrschutz used information from the notebooks to search the Internet for posts using those accounts and phone numbers, which was used in robberies described previously. The results included online advertisements for what appeared to be prostitution or escort services. An advertisement titled "816-724-2513 its late night fellas…ready for your red light special??? – 29," which was posted on September 28, 2015 at 2:27 am, and which contained known photographs of Nicole Covey. Several of these photographs were identical to photographs contained on Covey's Facebook pages (Nikki Imtherealist and Nicole L. Waguespack) and Skout.com advertisements. In the body of the advertisement, the female identifies herself as "Kindra" and provides the number of (816) 724-2513.

27. Agents also observed that the listed accounts showed numerous similarities such as the repetitive use of the same passwords or email addresses indicating they were likely created or altered by the same person. The notebooks contained step by step instructions for accessing the settings on Android cell phones to conduct a factory reset and delete all user data. They also contained a shopping list which included items such as a security badge, 2-way radios, a security uniform, and a name badge.

## Information from Facebook

28. On January 13, 2016, agents conducted further investigation into the publically available information on Facebook.com for individuals involved in the robberies described above. Regarding the subjects of this investigation, agents observed that Nicole Covey (a.k.a. Nicole Waguespack) uses the username nikki.waguespack with the Facebook User ID of 876595622. Agents observed multiple photographs posted on this account which have been used in ad postings for prostitution or escort services. This account showed Covey to be friends with Kenneth Sexson. There is an additional Facebook account with the username Nikki Imtherealist with the Facebook User ID of 100010615954910. Agents observed multiple photographs on this Facebook page which were also consistent with the photographs used in the ad postings. Additionally, photographs are shown of Covey and Sexson posing together and kissing. This page showed Covey to be friends with Sage Harrison. Agents located a Facebook account used by Kenneth Sexson with the username Kenneth Sexson Jr. (Crookedeye) with the Facebook User ID of 100008004451559. This page showed Sexson to be friends with Sage Harrison. Agents also located a Facebook account used by Sage Harrison with the username of sage.Harrison.35 and the Facebook User ID of 100006933969244. Agents observed photographs of Sage Harrison posing in various positions holding a long-barreled revolver. In at least two of the photographs, Harrison is wearing a black ball cap with white lettering which says "KC." This hat is identical

7

to the hat worn by one of the males during the robbery of Victim #6. Harrison's page showed him to be friends with Kenneth Sexson Jr.

29. Using information developed from this investigation, agents also conducted open source checks on phone numbers, post IDs, and names associated with the posts. Agents located numerous ads using the Google search engine. These ads were located on Backpage, CityVibe, Sexy Service, Spazilla, and Megapersonal.

## Information from Backpage.com

30. On January 25, 2016, Backpage.com provided records related to phone numbers and email addresses used in association with the robberies, as well as any additional accounts which Backpage could associate with those users. SA Flohrschutz reviewed those records and determined that there were eight related accounts. Each account was associated with a specific email address which served as the account username. According to Backpage.com records, posts were placed in the sections "Body Rubs," "Escorts," and "Domination & Fetish" sections using several different names, including "Lily Marie," "Aspen," "Amber Rose," "Miranda," "Kindra," and "Savannah" among others. The records showed that approximately half of the posts had been removed and the other half had expired. The records identified thirty-one different phone numbers which were posted in the associated ads. The records showed the following email accounts were used, along with the posts associated with each account:

    a.    nikkiCovey30@gmail.com created on July 19, 2014. The records identified four separate posts using the email account nikkiCovey30@gmail.com between October 2, 2015, and November 29, 2015;

    b.    robandnikki2007@gmail.com created on April 8, 2015. The records identified forty-three separate posts using the email address robandnikki2007@gmail.com between April 20, 2015, and October 4, 2015;

    c.    kennikki1997@gmail.com created on September 30, 2015. The records identified sixteen separate posts using the email account kennikki1997@gmail.com between October 1, 2015, and December 20, 2015;

    d.    itskindrasworld@gmail.com created on October 4, 2015. The records identified six separate posts using email account itskindrasworld@gmail.com between October 4, 2015, and October 8, 2015;

    e.    kelsielee69@gmail.com created on October 8, 2015. The records identified two separate posts using email account kelsielee69@gmail.com on October 9, 2015;

    f.    brentfoster1964@gmail.com created on October 8, 2015. The records identified one post using the email account brentfoster1964@gmail.com on October 8, 2015;

g. monicalee7682@gmail.com created October 24, 2015. The records identified two separate posts using email account monicalee7682@gmail.com on October 24, 2015; and

h. nikkitherealistwaguespack@gmail.com created November 3, 2015. The records identified fifty-two separate posts using email account nikkitherealistwaguespack@gmail.com between November 3, 2015, and January 25, 2016.

## Information from Craigslist.org

31. On April 15, 2016, Craigslist provided records related to phone numbers and email addresses used in association with the robberies, as well as any additional accounts which Craigslist could associate with those accounts. SA Flohrschutz reviewed those records and determined that there were eleven related accounts which had been used to post eighty-nine ads between September 28, 2015 and January 7, 2016. Each account was associated with a specific email address which corresponded with an account ID number and a phone number which was provided during the account creation. According to Craigslist records, posts were predominantly placed in the "Casual Encounters" section using approximately twenty-seven different names, including "Adriahna," "Heather," "Falen," "Miranda," "Kindra," "Alexis Lee," and "Savannah" among others. The records showed that approximately fifty of the posts had been removed by staff due to the contents of the postings and thirty-two were flagged off. The records identified twenty-two different phone numbers which were posted in the associated ads. The records showed the following email accounts were used, along with the posts associated with each account:

a. kennikki1997@gmail.com, User ID 254518021, telephone number (816) 724-2513: The records identified thirty-four separate posts using this account between September 28, 2015, and January 7, 2016, using twenty different names;

b. itskindrasworld@gmail.com, User ID 271654040, telephone number not provided: The records identified five separate posts using this account between October 6, 2015, and October 8, 2015, using one name;

c. robandnikki2007@gmail.com, User ID 258589175, telephone number not provided: The records identified one post using this account on October 1, 2015, using one name;

d. nikkiCovey30@gmail.com, User ID 254404589, telephone number (816) 258-0915: The records identified three separate posts using this account between October 3, 2015, and December 28, 2015, using four different names;

e. kelsielee69@gmail.com, User ID 271808766, telephone number (816) 209-8733: The records identified one post using this account on October 9, 2015; and

9

f.   nikkitherealistwaguespack@gmail.com, User ID 273664578, telephone number (816) 716-1849: The records identified twenty-three separate posts using this account between November 7, 2015, and November 27, 2015, using two different names.

### Additional Information from Facebook and Google

32.   SA Flohrschutz received records from Facebook and Google pursuant to multiple federal search warrants on accounts identified above. Facebook correspondence was observed between an account known to belong to Sexson and another user. In the message, Kenneth Sexson Jr. wrote "I went to drop pockets on someone real fast." In correspondence between an account associated with Covey and another user, Nikki Imtherealist wrote "My man and some of my friends, we drop pockets on backpage clients." In correspondence between an account associated with Harrison and another user, Sage Harrison wrote "remember I told you about my escort friend and dropping they pockets." The term "dropping pockets" was used with Victim #6 and is known to be a reference to conducting a robbery. Each of these accounts displayed numerous additional instances where "dropping pockets," "licks," or robberies were mentioned.

33.   During a review of records provided from search warrants on Google email accounts described above, SA Flohrschutz observed dozens of email confirmation notices from Kansas City, Missouri area hotels, along with numerous email notifications from Craigslist.org and Backpage.com of men responding to ads as well as photographs of Nicole Covey used in those ads.

### Further Information Regarding BROCK

34.   During further investigation on November 17, 2016, Witness #1 provided information on the robbery of Victim #2 on October 9, 2015. Witness #1 stated that Sexson, **BROCK**, and two others (both whom Witness #1 identified) were in the room. Witness #1 observed and heard the conversation as the robbery of Victim #2 was arranged. Witness #1 was told the leave the room as Victim #2 arrived at the location. Witness #1 stated that **BROCK** was the one who stole Victim #2's truck.

35.   During further investigation on February 23, 2017, Witness #2 provided information on the robberies of Victim #1 and #2 on October 8 and 9, 2015. Witness #2 stated **BROCK** participated in both robberies. Witness #2 admitted participating in the robbery of victim #1. Witness #1 left prior to the robbery of Victim #2, but later met with several of the individuals involved in that robbery. Witness #2 identified all of the participants in both robberies. Witness #2 identified **BROCK** as the male who stole victim #2's truck. Witness #2 stated **BROCK** bragged to Witness #2 about the incident after it happened.

36.   On March, 13, 2017, SA Flohrschutz received records from Facebook pursuant to search warrant 17-SW-00041-SWH. On April 17, 2017, SA Flohrschutz received additional records from Facebook pursuant to search warrant 17-SW-00087-SWH. Contained within these responses were content for the Facebook accounts identified as "Rodney **BROCK**"; User ID 100012247121585, and "Geeno Guilty"; User ID 100009059113129. Both of these accounts were attributed to **BROCK**.

10

37. A review of Facebook account "Geeno Guilty"; User ID 100009059113129, revealed conversations between the user of the account and known co-conspirators to include Davis-Aumua. On October 9, 2015, following the robbery of Victim #2, "Geeno Guilty" sent a series of messages to Davis-Aumua which stated, in part (emphasis added):

| DATE | FROM | TO | ORIGINAL TEXT |
| --- | --- | --- | --- |
| 2015-10-09 15:53:19Z | Geeno Guilty (100009059113129) | Devon Taz-Manian Aumua (100000090681494) | Wya |
| 2015-10-09 15:54:15Z | Geeno Guilty (100009059113129) | Devon Taz-Manian Aumua (100000090681494) | I got a truck |
| 2015-10-09 15:55:42Z | Devon Taz-Manian Aumua (100000090681494) | Geeno Guilty (100009059113129) | Home |
| 2015-10-09 16:20:21Z | Geeno Guilty (100009059113129) | Devon Taz-Manian Aumua (100000090681494) | Call me on kennys phone |
| 2015-10-09 16:24:20Z | Geeno Guilty (100009059113129) | Devon Taz-Manian Aumua (100000090681494) | I got a chevy silerodo 2010 on 22in rims |

38. According to the Facebook records, this account contained additional messages regarding Backpage, multiple robberies, shootings, high-speed chases, and drug activity, including the following messages:

    a. On October 21, 2015, "We got chased after we left yo house"

    b. On October 27, 2015, "We got in a high speed last night" and "ya andys trucks fucked" and "all the way from avenue to Kansas"

    c. On November 1, 2015, "I got in a high speed" and "from independence to kc".

    d. On May 6, 2016, "I got in a high speed from indep to Kansas"

    e. On May 16, 2016, "N I shoot at him N Edmond both ran behind some houses like some bitchs"

    f. On May 17, 2016, "We need put these to bitches on back page"

    g. On May 20, 2016, "I robbed that grim dyde"

11

39. A review of Facebook account "Rodney **BROCK**"; User ID 100012247121585, revealed conversations between the user of the account and known co-conspirators. According to Facebook records, this account contained messaging regarding shootings, drug usage and trafficking, setup and home invasion robberies, high-speed chases, and possession of stolen vehicles. This account also contained photographs of **BROCK** posing with a knife and multiple handguns brandished in various manners in addition to a glass smoking pipe commonly used to smoke methamphetamine. In one picture, **BROCK** appeared to hold his hand out in a manner consistent with a handgun while the photograph displayed the caption "Getontheground."

    a. On June 22, 2016, "I got in a chase n now im stuck in bs" and "independence to blue springs"

    b. On February 17, 2017, "Sorry mom I got in a high speed in her car last night..."

40. As mentioned above, these two accounts contained multiple photographs of **BROCK** posing with firearms, including these photos below:



12



**FURTHER AFFIANT SAYETH NAUGHT,**

TIMOTHY W. FLOHRSCHUTZ
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me
This ___14th__ day of June, 2017.

HONORABLE ROBERT E. LARSEN
United States Magistrate Judge
Western District of Missouri

13