# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | No. 4:16-CR-00210-DGK-7 |
| RODNEY E. BROCK, ) | |
| Defendant. ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND ACCEPTING DEFENDANT'S GUILTY PLEA

On October 19, 2017, the Honorable Matt J. Whitworth, United States Magistrate Judge for the Western District of Missouri, issued his Report and Recommendation recommending that Defendant's guilty plea be accepted and that Defendant be adjudged guilty of the conspiracy to commit Hobbs Act robbery, in violation of 18 U.S.C. § 1951, as charged in Count One of the Indictment; aiding and abetting Hobbs Act robbery, in violation of 18 U.S.C. §§ 1951 and 1952, as charged in Courts Four and Six of the Indictment; and carjacking, in violation of 18 U.S.C. § 2119(1), as charged in Count Five of the Indictment.

Neither party filed an objection to the Report and Recommendation, and the time for doing so has passed. 28 U.S.C. § 636(b)(1)(C); Local Rule 74.1(a)(2). The Court has also reviewed de novo the transcripts of the proceedings held before Judge Whitworth on October 19, 2017. In light of the evidence in the Record and the lack of an objection from either party, the Court adopts the Magistrate Judge's Report and Recommendation and (1) accepts Defendant's plea of guilty and (2) finds Defendant guilty of the charged crimes in Counts One, Four, Five, and Six of the Indictment.

**IT IS SO ORDERED.**

Date: March 15, 2018         /s/ Greg Kays
                             GREG KAYS, CHIEF JUDGE
                             UNITED STATES DISTRICT COURT