# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Case No.: 16-00210-07-CR-W-DGK |
| ) | Date: April 27, 2018 |
| RODNEY E. BROCK, ) | |
| Defendant. ) | |

## MINUTE SHEET

HONORABLE Greg Kays presiding at Kansas City, Missouri.
================================================================

Nature of Proceeding: Sentencing
Time: 11:01 a.m. – 11:22 a.m.
Plaintiff by: Matt Wolesky, AUSA
Defendant by: Jonathan Truesdale
Probation: Penney Hodges

Comments:

Parties appear as indicated above. Defendant in person. Sentencing recommendations are presented by counsel. Defendant is accorded allocution.

Defendant is sentenced to the custody of the Bureau of Prisons for 180 months as to each of Counts 1, 4, 5, and 6, to be served concurrently. Supervised release of 3 years as to each of Counts 1, 4, 5, and 6 imposed. MPA of $400.00 imposed. Defendant advised of right to appeal. Defendant continued in custody.

Court Reporter: Regina Lambrecht          Courtroom Deputy: Tracy Strodtman